PROB 12B
(7/93)

# United States District Court
## for
## Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Orlando Gray                    Case Number: 3:02CR00136-001

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U. S. District Judge

Date of Original Sentence: April 17, 2003

Original Offense: Distribution of Cocaine Base

Original Sentence:   33 months; 5 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/5/04

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:


**Beginning on January 13, 2006, the defendant shall serve six (6) consecutive weekends at a jail facility to be designated by the federal Bureau of Prisons. The defendant shall surrender for service of this term each Friday, no later than 6:00 p.m., and the defendant shall be released each Sunday, at 6:00 p.m. Failure to report on time for service of this sentence each weekend will be considered a violation of supervision and will subject the defendant to further penalties, including revocation of supervision.**

## CAUSE

On August 29, 2005, Gray began a 6-month term of home confinement which was ordered as a modification of his supervised release because of his failure to submit monthly supervision reports and his failure to notify the probation officer of a change of address.

On numerous occasions, this officer has verbally reprimanded Gray for his failure to remain in range of the electronic monitoring equipment. The most recent violations occurred between December 25, 2005, and January 3, 2005, when the electronic monitoring company, BI Incorporated, contacted this officer on several occasions with notification of irregular out of range violations. This officer contacted Gray by telephone, at his residence, and confronted him about the numerous violations. Gray admitted to leaving out of range without permission.

Respectfully submitted,

by *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: January 4, 2006

Reviewed and approved: /s/ Scott Wright
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*[signature]*
Signature of Judicial Officer

1/9/06
Date